| | |
|---|---|
| 1 | ROD M. FLIEGEL, Bar No. 168289 |
| 2 | MICHAEL G. PEDHIRNEY, Bar No. 233164<br>LITTLER MENDELSON |
| 3 | A Professional Corporation<br>650 California Street, 20th Floor |
| 4 | San Francisco, CA 94108.2693<br>Telephone: 415.433.1940 |
| 5 | Facsimile: 415.399.8490<br>E-mail: rfliegel@littler.com |
| 6 | Attorneys for Defendants |
| 7 | MEDIAN TECHNOLOGIES, INC., GERARD<br>MILHIET and MICHAEL AUFFRET |
| 8 | HAL E. WRIGHT, Bar No. 157814 |
| 9 | LAW OFFICES OF HAL E. WRIGHT<br>216 F Street, Suite 116 |
| 10 | Davis, CA 95616<br>Telephone: 530.848.3069 |
| 11 | Facsimile: 530.309.7449<br>E-mail: hal.wright@sbcglobal.net |
| 12 | Attorneys for Plaintiff |
| 13 | MARK MCGRATH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCGRATH, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MEDIAN TECHNOLOGIES, INC., a Delaware Corporation; FREDERICK BRAG, in his individual capacity and in his capacity as CEO of Median Technologies, Inc.; GERARD MILHIET, in his individual capacity and in his capacity as Chief Operations Officer of Median Technologies; MICHAEL AUFFRET, in his individual capacity and in his capacity as a Product Manager for Median Technologies; and DOES 1-50,<br><br>Defendants. | Case No. C 06 4429 VRW<br><br>**STIPULATED EXTENSION OF TIME TO COMPLETE EARLY NEUTRAL EVALUATION AND STIPULATED POSTPONEMENT OF CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Judge: The Honorable Vaughn R. Walker |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO EXTEND TIME | Case No. C-06-4429 VRW

IT IS HEREBY STIPULATED by and between Plaintiff Mark McGrath and Defendants Median Technologies, Inc., Frederik Brag, Gerard Milhiet, and Michael Auffret, through their respective counsel, pursuant to Rules 6-1(b) and 6-2 of the Court's local rules, to extend the time to complete the Early Neutral Evaluation to March 1, 2007.

IT IS FURTHER STIPULATED that the parties' Case Management Conference, currently scheduled for January 23, 2007, be postponed until March 20, 2007 or soon thereafter.

The parties agree to this Stipulation in light of the fact that the parties have not been able to conduct sufficient discovery to effectively prepare the Early Neutral Evaluation. The parties further agree to this Stipulation to postpone the Case Management Conference because the parties will not be able to complete the Early Neutral Evaluation prior to the Case Management Conference. *See* Declaration of Michael G. Pedhirney In Support of Stipulation Extension of Time to Complete Early Neutral Evaluation and Stipulated Postponement of Case Management Conference.

IT IS SO STIPULATED.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO EXTEND TIME    1.    Case No. C-06-4429 VRW

Dated: January 8, 2007

_____
MICHAEL G. PEDHIRNEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
MEDIAN TECHNOLOGIES, INC.,
GERARD MILHIET and MICHAEL AUFFRET

Dated: January 8, 2007

_____
HAL E. WRIGHT
LAW OFFICES OF HAL E. WRIGHT
Attorneys for Plaintiff
MARK MCGRATH

PURSUANT TO STIPULATION

DATED: Jan 17, 2007

_____
THE HONORABLE VAUGHN R. WALKER

**GRANTED** /s/ Judge Vaughn R Walker

Firmwide:81876877.1 051786.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO EXTEND TIME — 2. — Case No. C-06-4429 VRW