```
Law Offices of Hal E. Wright
Hal E. Wright, SBN157814
216 F Street, #116
Davis, California 95616
530-848-3069
530-309-7449 (fax)
Attorney for Mark McGrath, Plaintiff

Rod M. Fliegel, SBN 168289
Michael G. Pedhirney, SBN 233164
Littler Mendelson
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
415-433-1940
415-399-8490 (fax)
Attorneys for Median Technologies, Inc.,
Gerard Milhiet and Michael Auffret,
Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark McGrath, an individual<br><br>　　　Plaintiffs,<br><br>v.<br><br>Median Technologies Inc., et al<br><br>　　　Defendants. | Case No. C 06 4429 VRW<br><br>STIPULATION TO EXTEND TIME TO COMPLETE EARLY NEUTRAL EVALUATION, EXTEND FACT DISCOVERY DEADLINE, STAY DISCOVERY UNTIL AFTER ENE AND ORDER |

IT IS HEREBY STIPULATED by and between Plaintiff Mark McGrath and Defendants Median Technologies, Inc., Frederik Brag, Gerard Milhiet and Michael Auffret, through their respective counsel, pursuant to Rules 6-1(b) and 6-2 of the Court's local rules, to extend the time to complete Early Neutral Evaluation to March 19, 2007.

Stipulation to Extend ENE and Discovery Deadlines　　　　　　　　　　　　　　　Case No. C-06-4429 VRW

-1-

IT IS FURTHER STIPULATED that the current fact discovery cut-off date of March 30, 2007 be extended to April 30, 2007.

The parties agree to this Stipulation because the parties have not been able to conduct sufficient discovery to effectively prepare for the Early Neutral Evaluation. Depositions scheduled prior to the earlier ENE deadline had to be, and were agreed to be, postponed due to, among other things, an error on the part of Plaintiff's counsel regarding the availability of the Plaintiff for deposition. That issue has been resolved and the parties will be able to move forward under these proposed deadlines.

If the Court is not inclined to grant this Stipulation, the parties respectfully request a telephonic status conference.

IT IS SO STIPULATED

Dated: February 20, 2007

_____
Hal E. Wright
Attorney for Plaintiff

Dated: February ___, 2007

_____
Michael G. Pedhirney
Littler Mendelson
A Professional Corporation
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____, 2007

_____
THE HONORABLE VAUGHN R. WALKER

Stipulation to Extend ENE and Discovery Deadlines                                    Case No. C-06-4429 VRW

-2-

IT IS FURTHER STIPULATED that the current fact discovery cut-off date of March 30, 2007 be extended to April 30, 2007.

The parties agree to this Stipulation because the parties have not been able to conduct sufficient discovery to effectively prepare for the Early Neutral Evaluation. Depositions scheduled prior to the earlier ENE deadline had to be, and were agreed to be, postponed due to, among other things, an error on the part of Plaintiff's counsel regarding the availability of the Plaintiff for deposition. That issue has been resolved and the parties will be able to move forward under these proposed deadlines.

If the Court is not inclined to grant this Stipulation, the parties respectfully request a telephonic status conference.

IT IS SO STIPULATED

Dated: February 20, 2007____

_____
Hal E. Wright
Attorney for Plaintiff

Dated: February 20, 2007

_____
Michael G. Pedhirney
Littler Mendelson
A Professional Corporation
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: ___Feb. 22___, 2007

_____
THE HONORABLE VAUGHN R. WALKER

GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Extend ENE and Discovery Deadlines

Case No. C-06-4429 VRW

-2-