| | |
|---|---|
| 1 | ROD M. FLIEGEL, Bar No. 168289 |
| 2 | MICHAEL G. PEDHIRNEY, Bar No. 233164 |
| | LITTLER MENDELSON |
| 3 | A Professional Corporation |
| | 650 California Street, 20th Floor |
| 4 | San Francisco, CA  94108.2693 |
| | Telephone:  415.433.1940 |
| 5 | Facsimile:   415.399.8490 |
| | E-mail:      rfliegel@littler.com |
| 6 | Attorneys for Defendants |
| 7 | MEDIAN TECHNOLOGIES, INC., GERARD MILHIET, and MICHAEL AUFFRET |
| 8 | HAL E. WRIGHT, Bar No. 157814 |
| | LAW OFFICES OF HAL E. WRIGHT |
| 9 | 216 F Street, Suite 116 |
| | Davis, CA  95616 |
| 10 | Telephone:  530.848.3069 |
| | Facsimile:   530.309.7449 |
| 11 | E-mail:      hal.wright@sbcglobal.net |
| 12 | Attorneys for Plaintiff |
| | MARK MCGRATH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCGRATH, an Individual, | Case No.  C 06 4429 VRW |
| Plaintiff, | **STIPULATION TO DISMISS CLAIMS WITH PREJUDICE** |
| v. | |
| MEDIAN TECHNOLOGIES, INC., a Delaware Corporation; FREDERIK BRAG, in his individual capacity and in his capacity as CEO of Median Technologies, Inc.; GERARD MILHIET, in his individual capacity and in his capacity as Chief Operations Officer of Median Technologies; MICHAEL AUFFRET, in his individual capacity and in his capacity as a Product Manager for Median Technologies; and DOES 1-50, | Judge:  The Honorable Vaughn R. Walker |
| Defendants. | |

STIPULATION TO DISMISS CLAIMS WITH PREJUDICE    Case No. C-06-4429 VRW

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

IT IS HEREBY STIPULATED by and between Plaintiff Mark McGrath and Defendants Median Technologies, Inc., Frederik Brag, Gerard Milhiet, and Michael Auffret, through their respective counsel, that Plaintiff is hereby dismissing with prejudice his Second Cause of Action for Breach of Contract against Defendants Frederik Brag, Gerard Milhiet, and Michael Auffret. Plaintiff does not have to file an amended complaint. Defendants do not have to file a further responsive pleading.

IT IS SO STIPULATED.

Dated:   January 8, 2007

MICHAEL G. PEDHIRNEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
MEDIAN TECHNOLOGIES, INC.,
GERARD MILHIET, and MICHAEL AUFFRET

Dated:   December 27, 2006

HAL E. WRIGHT
LAW OFFICES OF HAL E. WRIGHT
Attorneys for Plaintiff
MARK McGRATH

IT IS SO ORDERED.

DATED:   March 15, 2007

GRANTED
Judge Vaughn R Walker

THE HONORABLE VAUGHN R. WALKER

Firmwide:81799155.1 051786.1001

STIPULATION TO DISMISS CLAIMS WITH PREJUDICE       1.       Case No. C-06-4429 VRW

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940